The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Timothy Warnick, s/k/a
   Timothy William Warnick
   v. Commonwealth of Virginia
   Record No. 0616-19-4
   Opinion rendered by Judge Humphreys on
   July 7, 2020

2. Wardell Orthopaedics, P.C.
   v. Colonna's Shipyard Inc. and
      United States Fidelity and Guaranty Co.
   Record No. 1930-19-1
   Opinion rendered by Judge O'Brien on
   July 14, 2020

3. John Berry
   v. Mary Barnes, Tricia Ann Scanlon and
      Donald Edward Scanlon
   Record No. 0204-20-4
   Opinion rendered by Judge Petty on
   July 14, 2020

4. Quartrez Logan, s/k/a
   Quartrez Rashad Logan
   v. Commonwealth of Virginia
   Record No. 1735-18-1
   Rehearing En Banc opinion rendered by Judge Humphreys on
   July 21, 2020

5. Neal Andrew Peters
   v. Commonwealth of Virginia
   Record No. 1001-19-3
   Opinion rendered by Judge Beales on
   August 4, 2020

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Braulio Marcelo Castillo, s/k/a
   Braulio Marcello Castillo
   v. Commonwealth of Virginia
   Record No. 0140-17-4
   Opinion rendered by Judge Malveaux
     on June 4, 2019
   Refused (191028)

2. Antonio Concepcion Garibaldi
   v. Commonwealth of Virginia
   Record No. 0858-18-1
   Opinion rendered by Judge Humphreys
     on November 5, 2019
   Refused (191637)

3. Jacob Scott Goodwin
   v. Commonwealth of Virginia
   Record No. 1463-18-2
   Opinion rendered by Chief Judge Decker
     on November 12, 2019
   Refused (191596)

4. Yorhonda Milldred Pooler, s/k/a
   Yorhonda Mildred Pooler
   v. Commonwealth of Virginia
   Record No. 1786-18-1
   Opinion rendered by Judge Huff
     on November 19, 2019
   Refused (191710)